```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
YOUSHMANIE SEHMBI,                                            :
:
:
:
Plaintiff,                                 :          1:23-cv-09246-GHW
:
-against-                                                    :
:                ORDER
:
EDDY J. CASTELLANO, *and* SPRAGUE                             :
OPERATING RESOURCES LLC,                                     :
:
:
Defendants.                                :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    This action was removed from the Supreme Court of the State of New York, County of New York, on October 20, 2023. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than November 3, 2023. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendants is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

SO ORDERED. Dated:

    October 26, 2023
    New York, New York

                                                       GREGORY H. WOODS
                                                    United States District Judge